■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD R. DION, Appellant.—Judgment insofar as it imposes sentence unanimously modified, on the law, by striking the provision for restitution, and, as modified, affirmed. (See *Feldman v Reeves* 45 AD2d 90, app dsmd 35 NY2d 707; Penal Law, § 65.10.) (Appeal from judgment of Herkimer County Court —Grand Larceny, third degree.) Present—Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.